

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2017

No. 04-16-00751-CV

**THE UNITED INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

**U.S. TRAILER RELOCATORS, LLC**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2016-TXA-000111-D1
Honorable Elma T. Salinas Ender, Judge Presiding

**ORDER**

Appellant's motion to dismiss is GRANTED and this appeal is DISMISSED. We order the costs of this appeal are assessed against appellant.

It is so **ORDERED** on February 1, 2017.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2017.

Keith E. Hottle, Clerk